_____

No. 95-3228

_____

United States of America,       *
                                 *
        Appellee,         *
                                 *  Appeal from the United States
    v.                    *  District Court for the
                                 *  Eastern District of Missouri.
Kenny Robertson,           *     [UNPUBLISHED]
                               *
        Appellant.       *


_____

Submitted:  May 30, 1996

Filed:  June 7, 1996

_____

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Kenny Robertson appeals his conviction following his guilty plea to being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).  Relying on United States v. Lopez, 115 S. Ct. 1624 (1995), Robertson argues that Congress lacks the authority to make a felon's mere possession of a firearm a federal crime.  Robertson's argument is foreclosed, however, by our holding in United States v. Rankin, 64 F.3d 338, 339 (8th Cir.) (per curiam), cert. denied, 116 S. Ct. 577 (1995).  We thus affirm the judgment of conviction.


A true copy.


Attest:


CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.